Document      Page 1 of 12

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Makena Great American Anza Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1160458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8350 West Sahara Avenue**<br>**Las Vegas, NV**                    ZIP Code **89117** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):       **8041 Edinger Avenue**<br>**Westminster, CA 92683** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                      THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The Makena Great American Anza Company, LLC |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: See Attachment | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The Makena Great American Anza Company, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _/s/ Gordon E. Gouveia_
Signature of Attorney for Debtor(s)

Gordon E. Gouveia
Printed Name of Attorney for Debtor(s)

**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name
321 N. Clark St., Suite 800
Chicago, IL 60654

Address

(312) 541-0151  Fax: (312) 980-3888
Telephone Number

December 1, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Noam Schwartz_
Signature of Authorized Individual

Noam Schwartz
Printed Name of Authorized Individual

Treas., EBM Mgmt. Servs., Inc, Manager of Debtor
Title of Authorized Individual

December 1, 2011
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   The Makena Great American Anza Company, LLC ,   Case No. _____
                                    Debtor

## FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| GAC Storage Copley Place, LLC<br>Northern District of Illinois | 11-40953<br>Affiliate | 10/07/11<br>Cox |
| GAC Storage El Monte, LLC<br>Northern District of Illinois | 11-42638<br>Affiliate | 10/20/11<br>Cox |
| GAC Storage Lansing, LLC<br>Northern District of Illinois | 11-40944<br>Affiliate | 10/07/11<br>Cox |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   The Makena Great American Anza Company, LLC                Case No.  _____
                                          Debtor(s)                 Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Beach City Glass & Mirror Inc. 1525 MacArthur Blvd. #15 Costa Mesa, CA 92626 | Beach City Glass & Mirror Inc. 1525 MacArthur Blvd. #15 Costa Mesa, CA 92626 | Subcontractor | Unliquidated | 6,271.98 |
| Chateau Products, Inc. 1820 47th Terrace East Bradenton, FL 34203 | Chateau Products, Inc. 1820 47th Terrace East Bradenton, FL 34203 | Supplier | Unliquidated | 268.10 |
| Daily Journal Corporation PO Box 54026 Los Angeles, CA 90054-0026 | Daily Journal Corporation PO Box 54026 Los Angeles, CA 90054-0026 | Service | Unliquidated | 117.60 |
| Deputy 1 Inspection Service, Inc. 25121 De Salle St. Laguna Hills, CA 92653 | Deputy 1 Inspection Service, Inc. 25121 De Salle St. Laguna Hills, CA 92653 | Service | Unliquidated | 630.00 |
| Dewey Pest Control 1833 E. Artesia Blvd Long Beach, CA 90805 | Dewey Pest Control 1833 E. Artesia Blvd Long Beach, CA 90805 1(877) 339-3973 | Service | Unliquidated | 152.00 |
| DEX One 1615 Bluff City Highway Bristol, TN 37620 | DEX One 1615 Bluff City Highway Bristol, TN 37620 | Service | Unliquidated | 2,062.00 |
| Fenigstein & Kaufman 1900 Avenue of the Stars #2300 Los Angeles, CA 90067 | Fenigstein & Kaufman 1900 Avenue of the Stars #2300 Los Angeles, CA 90067 | Attorney | Unliquidated | 128,379.15 |
| FTICO, Inc. 23422 Peralta Dr. #B Laguna Hills, CA 92653 | FTICO, Inc. 23422 Peralta Dr. #B Laguna Hills, CA 92653 | Subcontractor | Unliquidated | 10,848.16 |
| Jon Scott's Landscape 4815 South Street Lakewood, CA 90172 | Jon Scott's Landscape 4815 South Street Lakewood, CA 90172 | Service | Unliquidated | 660.00 |
| Liberty Tax Service Andrea Burns 1408 Manera Ventosa San Clemente, CA 92673 | Liberty Tax Service Andrea Burns 1408 Manera Ventosa San Clemente, CA 92673 | Security deposit | Contingent | 1,466.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   The Makena Great American Anza Company, LLC      Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mike Shill Painting<br>12872 Valley View #6<br>Garden Grove, CA 92845 | Mike Shill Painting<br>12872 Valley View #6<br>Garden Grove, CA 92845 | Subcontractor | Unliquidated | 3,420.00 |
| OC Pole Fitness<br>Collette Kakuk<br>24541 Los Serranos<br>Laguna Niguel, CA 92677 | OC Pole Fitness<br>Collette Kakuk<br>24541 Los Serranos<br>Laguna Niguel, CA 92677 | Security deposit | Contingent | 25,000.00 |
| OJ Insulation<br>600 South Vincent Ave.<br>Azusa, CA 91702 | OJ Insulation<br>600 South Vincent Ave.<br>Azusa, CA 91702 | Subcontractor | Unliquidated | 1,400.00 |
| PWP Wireless Retailers, Inc.<br>10435 Santa Monica Blvd<br>Los Angeles, CA 90025 | PWP Wireless Retailers, Inc.<br>10435 Santa Monica Blvd<br>Los Angeles, CA 90025 | Security deposit | Contingent | 2,666.00 |
| Rafy Almany<br>5170 Gloria Ave.<br>Encino, CA 91436 | Rafy Almany<br>5170 Gloria Ave.<br>Encino, CA 91436 | Subcontractor | Unliquidated | 5,646.00 |
| Secure Systems Integration<br>2625 Townsgate Road Ste. 330<br>Westlake Village, CA 91361 | Secure Systems Integration<br>2625 Townsgate Road Ste. 330<br>Westlake Village, CA 91361<br>805-375-1600 | Service | Unliquidated | 125.00 |
| Smoke Shop<br>Hassan & Samer El Hatem<br>9701 Ball Rd<br>Anaheim, CA 92804 | Smoke Shop<br>Hassan & Samer El Hatem<br>9701 Ball Rd<br>Anaheim, CA 92804 | Security deposit | Contingent | 1,162.00 |
| Staples<br>Legal Department<br>500 Staples Drive<br>Framingham, MA 01702 | Staples<br>Legal Department<br>500 Staples Drive<br>Framingham, MA 01702 | Supplier | Unliquidated | 310.84 |
| Suncoast Fire Protection<br>3972 Denwood Ave<br>Los Alamitos, CA 90720 | Suncoast Fire Protection<br>3972 Denwood Ave<br>Los Alamitos, CA 90720 | Service | Unliquidated | 303.45 |
| Yellow Book<br>P.O. Box 3162<br>Cedar Rapids, IA 52406-3162 | Yellow Book - Pacific<br>P.O. Box 3162<br>Cedar Rapids, IA 52406-3162<br>319-790-1100 | Service | Unliquidated | 165.95 |

B4 (Official Form 4) (12/07) - Cont.
In re   The Makena Great American Anza Company, LLC                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Treas., EBM Mgmt. Servs., Inc, Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 1, 2011                    Signature  _____
                                                     Noam Schwartz
                                                     Treas., EBM Mgmt. Servs., Inc, Manager of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§ 152 and 3571.

Beach City Glass & Mirror Inc.
1525 MacArthur Blvd. #15
Costa Mesa, CA 92626


Chateau Products, Inc.
1820 47th Terrace East
Bradenton, FL 34203


Courtney Waterproofing, Inc.
16781 Millikan Ave.
Irvine, CA 92606


Courtney Waterproofing, Inc.
c/o Benjamin R. Trachtman, Esq.
27401 Los Altos, Ste 300
Mission Viejo, CA 92691


Daily Journal Corporation
PO Box 54026
Los Angeles, CA 90054-0026


Deputy 1 Inspection Service, Inc.
25121 De Salle St.
Laguna Hills, CA 92653


Dewey Pest Control
1833 E. Artesia Blvd
Long Beach, CA 90805


DEX One
1615 Bluff City Highway
Bristol, TN 37620


Fenigstein & Kaufman
1900 Avenue of the Stars #2300
Los Angeles, CA 90067


First American Title Insurance Co.
c/o David Z. Bark, Forec. Trustee
8925 South Pecos Rd. Suite 16A
Henderson, NV 89074


FTICO, Inc.
23422 Peralta Dr. #B
Laguna Hills, CA 92653

```
Jon Scott's Landscape
4815 South Street
Lakewood, CA 90172


Liberty Tax Service
Andrea Burns
1408 Manera Ventosa
San Clemente, CA 92673


Mike Shill Painting
12872 Valley View #6
Garden Grove, CA 92845


OC Pole Fitness
Collette Kakuk
24541 Los Serranos
Laguna Niguel, CA 92677


OJ Insulation
600 South Vincent Ave.
Azusa, CA 91702


Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Overland Financial
5150 Overland Ave.
Culver City, CA 90230


Pfeiler & Associates Engineers, Inc
14181 Fern Ave
Chino, CA 91710


PWP Wireless Retailers, Inc.
10435 Santa Monica Blvd
Los Angeles, CA 90025


Rafy Almany
5170 Gloria Ave.
Encino, CA 91436


Rainbow Disposal Co. Inc.
PO Box 1026
Huntington Beach, CA 92647-1026
```

```
San Diego Contracting, Inc.
1908 Friendship Dr. Ste A
El Cajon, CA 92020


San Diego Contracting, Inc.
c/o Joseph L. Olivia, Esq.
11770 Bernardo Plaza Ct. Ste 350
San Diego, CA 92128


Secure Systems Integration
2625 Townsgate Road Ste. 330
Westlake Village, CA 91361


Smoke Shop
Hassan & Samer El Hatem
9701 Ball Rd
Anaheim, CA 92804


Sparkletts
PO Box 660579
Dallas, TX 75266-0579


Staples
Legal Department
500 Staples Drive
Framingham, MA 01702


Suncoast Fire Protection
3972 Denwood Ave
Los Alamitos, CA 90720


TNT Electric Signs, Inc.
3080 East 29th St.
Long Beach, CA 90806


Wachovia Commercial Loan Services
P.O. Box 60503
City of Industry, CA 91716-0503


Wells Fargo Bank, NA
c/o Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
```

Wells Fargo Bank, NA
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo Bank, NA
c/o Leslie Allen Bayles, Bryan Cave
161 N. Clark Street, Suite 4300
Chicago, IL 60601


Yellow Book
P.O. Box 3162
Cedar Rapids, IA 52406-3162

## United States Bankruptcy Court
### Northern District of Illinois

In re: __The Makena Great American Anza Company, LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __28__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __December 1, 2011__

_____  
Noam Schwartz/Treas., EBM Mgmt. Servs., Inc, Manager of Debtor  
Signer/Title