UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**THE MAKENA GREAT AMERICAN ANZA COMPANY, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 11-48549<br><br>The Honorable Jacqueline P. Cox |

**NOTICE OF FINAL HEARING ON THE MAKENA GREAT AMERICAN ANZA COMPANY, LLC'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE AS FOLLOWS**:

1.  On December 1, 2011 (the "Petition Date"), The Makena Great American Anza Company, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"). Since the Petition Date, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The Debtor has substantially all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

2.  On December 12, 2011, the Debtor filed a motion (the "Motion") for authority to use cash collateral on an interim and final basis pursuant to 11 U.S.C. § 363(c)(2), Fed. R. Bank. P. 4001(b), and L.R. 4001-2.

3.  On December 15, 2011, the Bankruptcy Court approved the entry of an interim order permitting the use of cash collateral, granting certain adequate protection to Wells Fargo Bank, N.A., and scheduling a final hearing on the Motion.

4.  A final hearing on the Motion and the relief requested therein shall be held on **January 11, 2012 at 10:00 a.m.** before the **Honorable Jacqueline P. Cox in Courtroom 619 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois**, or in her absence, before such other Judge who may be sitting in her place, at which time and place you may appear if you deem fit. Such hearing may be continued from time to time without further notice other than by announcement in open court.

Gordon E. Gouveia (#6282986)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151
*Counsel for the Debtor*

{10281-001 NTC A0307832.DOC}

**CERTIFICATE OF SERVICE**

Gordon E. Gouveia, an attorney, hereby certifies that he caused a true copy of the foregoing **Notice of Final Hearing on The Makena Great American Anza Company, LLC's Motion for Authority to Use Cash Collateral and for Related Relief** to be served upon the parties that receive notice via CM/ECF and the below Service List via first class U.S. Mail, postage prepaid, on this 16th day of December 2011.

/s/ Gordon E. Gouveia

**SERVICE LIST**

| | |
|---|---|
| Beach City Glass & Mirror Inc.<br>1525 MacArthur Blvd., #15<br>Costa Mesa, CA  92626 | Chateau Products, Inc.<br>1820 47th Terrace East<br>Bradenton, FL 34203 |
| Courtney Waterproofing, Inc.<br>16781 Millikan Ave.<br>Irvine, CA  92606 | Courtney Waterproofing, Inc.<br>c/o Benjamin R. Trachtman, Esq.<br>27401 Los Altos, Ste. 300<br>Mission Viejo, CA  92691 |
| Daily Journal Corporation<br>915 E. First Street<br>Los Angeles, CA  90012 | Deputy 1 Inspection Service, Inc.<br>25121 De Salle St.<br>Laguna Hill, CA  92653 |
| Dewey Pest Control<br>PO Box 7114<br>Pasadena, CA 91109-7214 | DEX One<br>1615 Bluff City Highway<br>Bristol, TN  37620 |
| Fenigstein & Kaufman<br>1900 Avenue of the Stars #2300<br>Los Angeles, CA  90067 | First American Title Insurance Co.<br>c/o David Z. Bark, Forec. Trustee<br>4380 La Jolla Village Dr., Ste. 110<br>San Diego, CA  92122 |
| FTICO, Inc.<br>23422 Peralta Dr., #B<br>Laguna Hills, CA  92653 | Jon Scott's Landscape<br>4815 South Street<br>Lakewood, CA  90172 |

{10281-001 NTC A0307832.DOC}

| | |
|---|---|
| Liberty Tax Service<br>Andrea Burns<br>1408 Manera Ventosa<br>San Clemente, CA  92673 | Mike Shill Painting<br>12872 Valley View #6<br>Garden Grove, CA  92845 |
| OC Pole Fitness<br>Attn:  Collette Kakuk<br>24541 Los Serranos<br>Laguna Niguel, CA  92677 | Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 |
| OJ Insulation<br>600 South Vincent Ave.<br>Azusa, CA  91702 | Orange County Tax Collector<br>625 N. Ross St., Building 11<br>Room G-76<br>Santa Ana, CA  92703 |
| Overland Financial<br>5150 Overland Ave.<br>Culver City, CA  90230 | Pfeiler & Associates Engineers, Inc.<br>14181 Fern Ave.<br>Chino, CA  91710 |
| PWP Wireless Retailers, Inc.<br>10435 Santa Monica Blvd.<br>Los Angeles, CA  90025 | Rafy Almany<br>5170 Gloria Ave.<br>Encino, CA  91436 |
| San Diego Contracting, Inc.<br>1908 Friendship Dr., Ste. A<br>El Cajon, CA  92020 | San Diego Contracting, Inc.<br>c/o Joseph L. Olivia, Esq.<br>11770 Bernando Plaza Ct., Ste. 350<br>San Diego, CA  92128 |
| Secure Systems Integration<br>2625 Townsgate Road, Ste. 330<br>Westlake Village, CA  91361 | Smoke Shop<br>Hassan & Samer El Hatem<br>9701 Ball Rd.<br>Anaheim, CA  92804 |
| Staples<br>Legal Dept.<br>500 Staples Dr.<br>Framingham, MA  01702 | Suncoast Fire Protection<br>3972 Denwood Ave.<br>Los Alamos, CA  90720 |
| TNT Electric Signs, Inc.<br>3080 East 29th St.<br>Long Beach, CA  90806 | Wachovia Commercial Loan Services<br>P.O. Box 60503<br>City of Industry, CA  91716-0503 |

Wells Fargo Bank, NA
c/o Leslie Allen Bayles
Bryan Cave, LLP
161 N. Clark St., Ste. 4300
Chicago, IL  60601

Wells Fargo Bank, NA
c/o H. Mark Mersel, Esq.
Bryan Cave, LLP
3161 Michelson Drive, Suite 1500
Irvine, CA  92612-4414

Yellow Book – Pacific
6300 C Street, S.W.
Cedar Rapids, IA  52404

{10281-001 NTC A0307832.DOC}